IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| ROBIN JAFFE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: CV-2006-664 |
| | ) |
| VINCENT OLIVIERI | ) |
| | ) |
| Defendant. | ) |

RECEIVED
2007 FEB 23 P 1:27

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Lee County Circuit Clerk
     2311 Gateway Drive
     Opelika, Alabama 36801

     David Dawson, Esq.
     Whittelsey, Whittelsey & Poole, P.C.
     600 Avenue A
     Opelika, Alabama 36801

You are hereby notified that on this date Vincent Olivieri, Defendant in the above-styled cause of action, filed his Notice of Removal, copies of which are attached, in the United States District Court for the Middle District of Alabama, Eastern Division, at Montgomery, Alabama.

Dated this the 23rd day of February, 2007.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

_____
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
One of the Attorneys for Vincent Olivieri

*/s/ Michael E. Short*
_____
MICHAEL E. SHORT (ASB-5457-M76S)
One of the Attorneys for Vincent Olivieri

OF COUNSEL:
ADAMS, UMBACH, DAVIDSON
& WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document upon:

David Dawson, Esq.
600 Avenue A
Opelika, Alabama 36801

by placing a copy of the same in the United States mail, properly addressed and postage prepaid this the 3rd day of February, 2007.

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBIN JAFFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: _____ |
| ) | |
| VINCENT OLIVIERI ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

The Defendant, Vincent Olivieri, removes this case to the United States District Court for the Middle District of Alabama, Eastern Division, and as grounds therefore respectfully shows unto the Court the following:

1. Plaintiff, Robin Jaffe, is a citizen of the State of Alabama.

2. Defendant, Vincent Olivieri, is a citizen of the State of Connecticut.

3. Jurisdiction is based upon diversity of citizenship, pursuant to 28 U.S.C. § 1332 (a) and 28 U.S.C. § 1441 (a).

4. Plaintiff has filed a lawsuit against Defendant in the Circuit Court of Lee County, Alabama. A copy of the Complaint is attached hereto as Exhibit "A," and being made a part hereof.

5. Plaintiff's Complaint makes a claim for libel. Plaintiff seeks damages of an unspecified amount.

6. There are no other defendants to this action besides this Defendant, and this Defendant is removing this case within the applicable time period, pursuant to the

aforesaid statutes.

7. Upon the filing of this notice of removal, Defendant has given written notice thereof to the attorneys for the Plaintiff and has filed a copy of the proceedings and notice with the Circuit Court Clerk of Lee County, Alabama, all in accordance with the law.

**WHEREFORE**, Defendant Vincent Olivieri prays that the removal of said cause to the United States District Court for the Middle District of Alabama, Eastern Division, be effected and no further or other proceedings may be had with respect to this matter in the Circuit Court of Lee County, Alabama, pending a final decision and determination of this controversy in the United States District Court.

Dated this the 23rd day of February, 2007.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

_____
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
One of the Attorneys for Vincent Olivieri

_____
MICHAEL E. SHORT (ASB-5457-M76S)
One of the Attorneys for Vincent Olivieri

OF COUNSEL:
ADAMS, UMBACH, DAVIDSON
& WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

David Dawson, Esq.
600 Avenue A
Opelika, Alabama 36801

by placing a copy of the same in the United States mail, properly addressed and postage prepaid this the 22nd day of February, 2007.

*Phillip E. Adams*
OF COUNSEL

# EXHIBIT A

## IN THE CIRCUIT COURT FOR LEE COUNTY, ALABAMA

| | |
|---|---|
| Robin Jaffe<br>Resident of Lee County<br><br>　　Plaintiff,<br>V.<br><br>Vincent Olivieri<br><br>　　Defendant. | * CASE NO.: CV-2006-664<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* FILED<br>* SEP 2 7 2006<br>IN OFFICE<br>CORINNE T. HURST<br>CIRCUIT CLERK |

**COMPLAINT**

**COUNT I**
**(Libel)**

1. The Plaintiff in this Court is Robin Jaffe, a resident of Lee County, Alabama.

2. The Defendant in this Court is Vincent Olivieri is a resident of Connecticut.

3. Plaintiff is employed by Auburn University in the Department of Theater.

4. On or about October 22nd, 2005 Defendant intentionally distributed a letter libelous in nature concerning Robin Jaffe within an around Auburn University located in Lee County Alabama.

5. As the proximate result of said intentional, willful, wanton and libel acts and conduct of said

Defendant, the Plaintiff suffered and sustained injuries and damages.

### JURY DEMAND

Plaintiff demands Trial by struck jury on all counts.

Dawson & Associates

_David Dawson_
David Dawson
Attorney for the Plaintiffs
Post Office Box 2517
Auburn, AL  36831

**PLAINTIFF DEMAND TRIAL BY STRUCK JURY.**

_David Dawson_
David Dawson

To be served on the following:

Vincent Oliveri
107 Nicholl St. #2
New Haven CT 06511