# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **ROBIN JAFFE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:07-cv-161** |
| | ) | |
| **VINCENT OLIVIERI** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Dated this the 1st day of March, 2007.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

  /s/ Michael E. Short

MICHAEL E. SHORT (ASB-5457-M76S)
One of the Attorneys for Vincent Olivieri

OF COUNSEL:
ADAMS, UMBACH, DAVIDSON
& WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document upon:

David Dawson, Esq.
600 Avenue A
Opelika, Alabama 36801

by placing a copy of the same in the United States mail, properly addressed and postage prepaid this the 1st day of March, 2007.


  /s/ Michael E. Short
OF COUNSEL