IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBIN JAFFE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:07-cv-161-MEF |
| ) | |
| VINCENT OLIVIERI., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Supplement the Complaint (Doc. #5) filed on March 13, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before March 23, 2007 as to why the motion should not be granted.

DONE this the 15th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE