IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBIN JAFFE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  CASE NO. 3:07-cv-161-MEF |
| | ) |
| VINCENT OLIVIERI., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #6) filed on March 13, 2007, it is hereby ORDERED:

1. The defendant file a response which shall include a brief and any evidentiary materials on or before March 29, 2007.

2. The plaintiff may file a reply brief on or before April 5, 2007.

DONE this the 15th day of March, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE