IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN JAFFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:07-cv-161 |
| | ) | |
| VINCENT OLIVIERI | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO SHOW CAUSE ORDER
AND JOINT STIPULATION OF THE PARTIES**

COMES NOW the Defendant, Vincent Olivieri, and the Plaintiff, Robin Jaffe, by and through the undersigned counsel, and respectfully respond to this Honorable Court's show cause order by making the following joint stipulations:

(1) Plaintiff stipulates that the alleged damages in the above-styled action do not exceed seventy-four thousand dollars ($74,000.00) inclusive of any and all compensatory damages, costs, interest, and any and all other damages.

(2) Plaintiff stipulates that he will not now or in the future seek or accept damages in the above-styled action or in any action arising out of the facts, occurrences and/or transactions alleged in Plaintiff's Complaint and Supplemental Complaint, including any and all compensatory damages, costs, interest, and any and all other damages, in an amount greater than seventy-four thousand dollars ($74,000.00).

(3) Defendant stipulates that Plaintiff's Motion to Supplement the Complaint is due to be granted.

(4) Based on Plaintiff's stipulation that he will neither seek nor accept damages in an amount

greater than seventy-four thousand dollars ($74,000.00), Defendant stipulates that this matter is due to be remanded to the Circuit Court of Lee County, Alabama.

Respectfully submitted this the 23rd day of March, 2007.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

/s/ Michael E. Short
MICHAEL E. SHORT (ASB-5457-M76S)
One of the Attorneys for Vincent Olivieri

OF COUNSEL:
ADAMS, UMBACH, DAVIDSON
& WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

WHITTELSEY, WHITTELSEY & POOLE, P.C.

/s/ W. David Dawson
W. DAVID DAWSON
Attorney for the Plaintiff