IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN JAFFE, | * | |
| Plaintiff, | * | |
| | | |
| v. | * | CASE NO. 3:07CV161-mef |
| | | |
| VINCENT OLIVIERI, | * | |
| Defendant. | * | |

## SUPPLEMENTAL COMPLAINT

### COUNT I

### (LIBEL)

1. The Plaintiff, Robin Jaffe, is a citizen of Alabama.

2. The Defendant, Vincent Olivieri is a citizen of Connecticut.

3. The Plaintiff is employed in the theater department at Auburn University as an associate professor.

4. On or about October 22nd, 2005, the Defendant intentionally distributed a letter libelous in nature concerning Robin Jaffe within and around Auburn University located in Lee County Alabama.

5. As a proximate result of said intentional, willful, wanton and libel acts and conduct of said Defendant, the Plaintiff suffered and sustained injuries and damages not exceeding $74,000 (seventy-four thousand dollars) inclusive of any and all compensatory damages, cost, interest, punitive damages and any and all other damages.

## JURY DEMAND

The Plaintiff demands Trial by struck jury on all counts.

Whittelsey, Whittelsey, & Poole, P.C.

W. David Dawson
Attorney for the Plaintiff
600 Avenue A
Opelika, AL 36801

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document upon the attorneys for the defendants, Phillip E. Adams, Esq. and Michael E. Short by hand delivering a copy or by placing it in the United State mail, postage prepaid, to the correct address of Adams, Umbach, Davidson, & White, LLP, Post Office Box 2069 Opelika, Alabama 36803-2069 on this the 12th day of March, 2007.

                                        W. DAVID DAWSON